**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6396**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GUILLERMO ALFONSON SALAZAR, a/k/a Guillermo Salazar-Velasquez,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:09-cr-00727-RMG-1)

Submitted:  March 12, 2026                          Decided:  March 17, 2026

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Guillermo Alfonson Salazar, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Guillermo Alfonson Salazar appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. "We review a district court's decision to reduce a sentence under § 3582(c)(2) for abuse of discretion and its ruling as to the scope of its legal authority under § 3582(c)(2) de novo." *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013). Our review of the record reveals no error. The court properly determined that Salazar's revocation sentence may not be reduced pursuant to Amendment 821. *See* USSG § 1B1.10 cmt. n.8(a), p.s. (2025) ("Only a term of imprisonment imposed as part of an original sentence is authorized to be reduced under this section.").

Accordingly, we affirm the district court's order. *United States v. Salazar*, No. 2:09-cr-00727-RMG-1 (D.S.C. Mar. 31, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*